IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JENNIFER L. EBERSOLE**                                                                                          **PLAINTIFF**

**4:21-cv-00346-BRW-JJV**

**KILOLO KIJAKAZI, Acting Commissioner,**
**Social Security Administration**                                                                          **DEFENDANT**

## ORDER

I have received Proposed Findings and Recommendations ("RD") submitted by United States Magistrate Judge Joe J. Volpe.  No objections have been filed.  After careful review of the RD, as well as a *de novo* review of the record, I approve and adopt the RD in all respects. Accordingly, the decision of the Commissioner is reversed and remanded for action consistent with the RD in this case.

IT IS SO ORDERED this 22nd day of November, 2021.

                                      Billy Roy Wilson_____
                                      UNITED STATES DISTRICT JUDGE