IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JENNIFER L. EBERSOLE**                                                                                       **PLAINTIFF**

**4:21-cv-00346-BRW-JJV**

**KILOLO KIJAKAZI, Acting Commissioner,**
**Social Security Administration**                                                                      **DEFENDANT**

## JUDGMENT

Consistent with the Order entered today, this case is reversed and remanded for action consistent with the RD in this case.

IT IS SO ORDERED this 22nd day of November, 2021.

                                                Billy Roy Wilson_____
                                                UNITED STATES DISTRICT JUDGE